Good morning, could you see this? The first case for argument this morning is 15-5010, Crutchfield v. HHS, Mr. McHugh. Mr. McHugh, thank you for having me. I represent the petitioner here, and the petitioner in January of 2006 was a 35-year-old woman who was seeking to have a baby, and she was told that she needed an MMR vaccination. She had had measles, mumps, and rubella vaccine as a child, so this was a second exposure to all three of these. She had that vaccination on January 26th of 2006. So let me ask you, I mean, you're here where you've lost this case before the special master, and then again, who was affirmed by the Court of Federal Claims. Accepting that there were credibility determinations, that there was an evaluation of the evidence, that there was a weighing of the evidence, how is there sufficient basis for us to overturn the findings of the special master at this stage? The special master held that all diabetes takes over a year to become clinical after an insult. We have submitted substantial evidence and expert testimony that that is scientifically wrong. Well, maybe I'm thinking of something else. It seems to me there was a little bit, maybe, of confusion in the record, but the government did rebut this question. Is this the LADA? Is that, and the question of whether or not, what the testimony is with regard to that. In essence, really, what was your proof that they were incorrect in their conclusions with respect to the two-month period being too little for the development? LADA is a condition that develops over a long period of time, starting in youth, and develops and comes clinical at some point in old age or not. Sometimes it won't. The fact of the matter is, however, LADA does not respond to insulin initially. Ms. Crutchfield's condition was controlled immediately by insulin. She got first insulin on June 23rd of 2006, and her condition was under control by July 5th. LADA, that is impossible. All of the literature submitted by the government, non-exceptions, says that LADA is insulin-resistant, including the articles written by Dr. McLaren, their expert. His testimony in court and his writings in peer-reviewed articles are completely different. LADA does not respond to insulin. It can't be LADA. Now, they also said that Dr. Schoenfeld came in with tons of articles on fulminant type 1 diabetes, which comes on like an express train within weeks or months of an insult. And he explained the reason this happened in her was because she'd had it before. Didn't the government have other expert testimony that said that Dr. Schoenfeld's claim that the diabetes 1 could develop as early as two months after the vaccination, and the other experts in the case for the government, there's two of them I believe, rebutted that and said no. It takes much longer than two months under any situation to develop type 1 diabetes. They did not say that. They said LADA. The only evidence in the case by the government was LADA, this long smoldering thing. Where the one year came from, I don't know. It's not in the record. The record says LADA and fulminant type 1 diabetes. There was spectacular amounts of evidence of fulminant type 1 diabetes. It is a well-recognized phenomenon. And Mrs. Crutchfield had had these vaccines before, so we have an animistic response. And the other thing that was sort of surprising in this case was the special master said he didn't know what that was. It wasn't properly explained. All vaccines are, work on the basis of an animistic response. You say that there was no such evidence as I alluded to. But Dr. Barry Berkut testified that there's no relationship between type 1 diabetes and the MMR vaccine. Because type 1 diabetes takes years to develop. That's rebutting your, so there is evidence. That is medically wrong. Fulminant type 1 diabetes. You disagree with that expert testimony. But my question is, isn't there evidence in the record that rebuts your theory that type 1 diabetes can develop within months? And you said no. Well, within, because I'm referring to the fact that they're asking for years. Nobody mentioned anything about months. The only thing about months was the fulminant type 1 diabetes comes on like an express train very fast. What about all the medical studies, including the one by the Institute of Medicine, which all have concluded that they're all unable to find any link between diabetes and vaccines? Well, first, as Andrew stated. Am I understanding the record correctly? Yes, you are. Andrew stated that you cannot find a negative with a study of this kind, because the very rare instances that you're going to get of something being caused by the vaccine are simply not going to be picked up on an epidemiological study. The second problem, as Dr. Schoenfeld explained extensively, was measles, of MMR, is linked with the onset of diabetes, very strongly so. So, where a vaccine basically stops the mumps from coming on, it will automatically cause the number of diabetes cases following the vaccine to decrease. So you're going to have, the vaccine will basically make it impossible to make that determination, because it is lowering the incidence of mumps, so you're not going to see the onset of diabetes rising. So, as Dr. Schoenfeld said, the studies can't prove it. The only way we could prove it was in a laboratory, and he did it with rabbits. He was able to establish that if rabbits are exposed to mumps, they develop the antibodies to the islet cell. Now, the other thing that happens, your medical theory is based on some molecular mimicry idea, right? That somehow the antigens that come with the vaccine are molecularly similar to the islet cells, and then therefore, once the antigens come into the body, there's going to be some immunological response that attacks not just the antigens, but the islet cells as well? Yes, that's the theory. So, what evidence do you have that, molecularly speaking, the antigens are so close in structure, or have such similar attributes to the islet cells that you could make that... That would be major error below. There is no way to prove that. Medicine has not gotten that far. We know from laboratory experiments that measles will cause this kind of reaction. They theorize that it's molecular mimicry. Molecular mimicry is a theory to explain what doctors observe. Medicine has not been able to get into the cells to determine how it works. Is this a plausible theory? It is. Dr. McClellan, in his out-of-court writings, indicated that molecular mimicry was the most common theory of autoimmunity. It explained all autoimmunity, including diabetes. So, yes, it's a plausible theory. As Dr. Schoenfeld said, it is the theory that explains autoimmunity across the board. Today, we can determine what kind of molecules are in a vaccine, correct? To a limited extent, but not entirely. Now, I will tell you, there is a... We have Andrew and... Sorry about that. We have several cases in this court that say a petitioner need not show how a vaccine actually causes the injury. We only have to show a plausible theory, a logical sequence of events, and timing. We have all three in this case. To go beyond that is to go beyond what medicine says. Both McClellan and Schoenfeld agreed that medicine has not determined exactly how molecular mimicry works in this case. Now, I will tell you, there was one case from this court... You've got to at least identify the component in the vaccine that does the mimicry. No, but we can't. They do not know how it works. We don't know what it is in a measles or mumps vaccine that causes this particular reaction. We do know that mumps cause it. Mumps cause it. We can prove that because that's been replicated in the laboratory. But we don't know how it happens. We just know it happens. So, molecular mimicry is a construct made by doctors and scientists to explain what they see, to try and figure out what they're looking at. Now, I will tell you, there is a case in this court, W.C., where they said the petitioner had to be able to show what it was in the vaccine that caused it, because in that case, science had progressed. This was the measles, the flu vaccine. Science had progressed and identified four parts of the vaccine, four parts of the wild virus, which was flu. And they showed that one, just one, caused the reaction in that W.C. case. Three did not. And the court held that in that case, where science has progressed that far and does have that answer, the petitioner had to come in and prove that the one antigen that caused the reaction was in the vaccine as well as the wild disease. That's a different situation where in that case, science had found the answer. Here, they have not. Both the plaintiff's and the petitioner's experts and the respondent's experts have reached the same conclusion. Molecular mimicry is the most likely explanation, but we don't know how it's done. To ask the petitioner in this court to prove conclusively how a vaccine causes the particular injury is to basically close the door on almost all claims, because medicine has not advanced that far. Medicine is essentially the study of observed phenomena. In most cases, they know this does this, but they don't know how it does it. They just know it does it, and it does it repeatedly. So medical science is essentially a collection of surveys of how many times this happens followed by that, and that's how we get an answer. But medical science at this point has not been able, in most cases, to close that loop. If this court is going to impose that on the petitioner, there's no way that anybody could collapse. What about Dr. Birchall's testimony that there's absolutely no evidence, he said, no evidence that molecular mimicry plays any type of role in tackling diabetes? Well, he disagrees with McClellan, he disagrees with Schoenfeld, and he disagrees with the incredible pile of literature that we've filed at this court. He's just plain wrong. And this is, Priscilla is not even a diabetic. He's not referring to the theory, he's saying evidence. What evidence? The only evidence we have is that she had a background, as Dr. Schoenfeld and Dr. Levy, her endocrinologist, found. You don't have to prove an absolute, but you do have to prove that you have a plausible theory. You seem to be arguing a possible theory. No, it's a plausible theory. Autoimmunity... To make it plausible, you have to point to at least a shred of evidence. We have lots of evidence. She had a very heavy background of autoimmune disease in her family. Autoimmunity runs in families. She had the vaccine as a child. She had it a second time as an adult, and it came on like an express train. That's an animistic response. That is a plausible theory. That is an accepted theory of medicine. And Dr. Schoenfeld is one of the leading experts on autoimmunity. Now, the two experts produced by the government basically denied too much knowledge of autoimmunity. One had no experience in autoimmunity or diabetes, and the other had experience only in diabetes. Your theory is contingent on this fulminant diabetes theory, right? It is. And then, to drill down further, your theory is dependent on some kind of molecular structural similarity between the androgens and the islet cells. That part is the part we cannot close the loop on because science hasn't gotten that far. We can say that molecular mimicry is the most accepted theory of autoimmunity. So, obviously, you can't expect a special master to rest on speculation. So, what can you point to? There is no speculation here. Autoimmunity is background. Is there something in the joint appendix that is evidence that we can look at and conclude and overturn why all the experts on the other side were wrong about your particular theory? In the appendix is the baby book that establishes that she got the vaccines as a child. We have Dr. Levy's report on the 23rd of June of 2006 that she had a very heavy background in autoimmunity in her family. And we have Dr. Schoenfeld's expert testament. Remember, he is one of the leading experts on autoimmunity on the earth. And he says that when the lady has autoimmunity in her family and she has had a second vaccination of this stuff, she is a sitting duck for an autoimmune attack based upon an animistic response, which explains the speed. And then we have all this literature indicating that we do have a fulminant type of diabetes that comes on in a month or two, not a year or two years or latent. And we also have the government resting on the latent, which cannot apply in a case where the insulin solved the problem in a few days. Well, what you're missing, though, is any type of literature or evidence that a molecular component in a vaccine is similar to an insulin cell. But that is exactly the evidence that we are not required under the law to produce. Remember, the legislative history of the Vaccine Act indicated quite clearly that we are in a mysterious era where we don't know all the answers and we expect the Vaccine Act to evolve as science does. We don't have an answer to that question. We had it in the WC case. We've managed to map the DNA in the entire human genome. And you're saying that we cannot understand or see what type of molecules are in a vaccine. I'm saying exactly that. We can see and have realized there's a big difference between mapping a human genome and seeing what's there and understanding what it does. We can see it, but we don't understand how it's working. If we could figure out how it was working, we could solve a lot of problems. We haven't reached that point yet. We are stuck with the science we have today. And we cannot ask a petitioner in this court to go out and solve a problem that medicine hasn't solved. Thank you, Anne. I appreciate you've gotten a lot of questions. You've exceeded your time. I wish there were two minutes of rebuttal. Thank you. Mr. Milmo. Good morning, Your Honors. May it please the Court. My name is Michael Milmo. I represent the respondent in this matter. I think the Chief Judge's first question really shows the problems with this case. In this particular case, the Special Master reviewed all of the voluminous records. There is some support in the literature, as your friend said, for an association between mumps and type 1 diabetes. You've got the rabbit studies. You've got some study in Japan. So why isn't that sufficient to at least set out a plausible case for the other side? Well, as an initial matter, I would say that it has to be more than a plausible case. I think my colleague referred to making the Alton test requires a plausible medical theory. I think it has to be a reliable medical theory. The Special Master looked at all of that evidence. He reviewed all of the articles, and based on the evidence as a whole, he was persuaded by the articles, including the IOM, which Judge Brayden considered to be nearly dispositive, that there isn't an association between those two. I think it's important to remember two things. One is that the Special Master said this is not a close case. The evidence was overwhelming on behalf of the government and underwhelming on behalf of the petitioner. What about Dr. Schoenfeld's testimony and his reliance on studies that were out there? Again, I think the Special Master explained completely why Dr. Schoenfeld's testimony was not persuasive. He used words like poorly explained, flawed, unpersuasive on its face, disjointed, confused. He couldn't explain, I think, going to Judge Rayne's question, I think he couldn't explain the similarities between the molecules in the vaccine and the petitioner's isocells. Without that, the entire theory of molecular mimicry falls apart. Dr. Schoenfeld put forth a couple of different theories in his initial report, but he relied on the molecular mimicry theory that Special Master Hastings looked at, considered, asked questions about, was in the best position to make those decisions because he was at the hearing and had the opportunity to question Dr. Schoenfeld and the respondents' experts. I think the petitioner's case really is that you should have believed Dr. Schoenfeld. But I don't think the Special Master made any error when he relied on Dr. McLaren and Dr. Burkitt or Dr. McLaren has exceptional credentials in the field of diabetes. One, he's practiced medicine for 50 years. He's studied type 1 diabetes for 30 years. He has seen 20,000 patients with diabetes, 5,000 of which have type 1 diabetes. He's authored 80 articles and book chapters. He's eminently qualified. He's one of the nation's top leading specialists in type 1 diabetes. So for the Special Master to credit his credentials, especially when Dr. McLaren's testimony was buttressed by epidemiological evidence, we acknowledge that the petitioner did not show or rely upon epidemiological evidence to prevail. But when that evidence is present in the case, it's very hard to overlook. It's that, when combined with the findings of the prestigious Institute of Medicine, as Judge Brayden said, that's nearly dispositive. The Special Master gave numerous reasons. He wrote a very detailed 27-page comprehensive report with six separate subparts explaining all the flaws in the petitioner's case. He just didn't find Dr. Schoenfeld's testimony to be reliable. For that reason, he found that the petitioner couldn't meet their burden. They couldn't meet any of the three Alton prongs. His factual findings and his credibility determinations were key in dismissing the case for petitioners. In our view, those factual findings and those credibility determinations are entitled to great deference and are, according to the case law from this circuit, are virtually unreviewable, plausible, not implausible, rational, and supported by the record. And all of those things are true in this case. I think Special Master Hastings wrote a very detailed and excellent decision. Is it true that the government experts didn't really respond to the possibility of fulminant diabetes? I don't believe they were ever asked. I think the article that Mr. McHugh relies upon, from my reading of the transcript and from my looking at the joint appendix here, I don't believe there was a single question about those articles ever raised at the hearing. So I don't believe that issue ever came up. Dr. McLaren, on the other hand, based his testimony on his experience and his, like I said, 30 years of studying diabetes. He also based it, and I think this is important, on the blood test that was conducted. Did he explain anything that would cause this sudden onset of diabetes 1 after the vaccination? He did not, Your Honor. He believed that this was a typical case of diabetes, which takes a year or more to develop. Part of that opinion came from the blood test, which was run after the symptoms developed in the petitioner. That showed that the level of destruction of the islet cells was so dramatic that it couldn't have started a month or two. It had to start long before the vaccination in question here. So I think his opinion is based on good science, and it's also buttressed by his experience, epidemiological evidence, and the IOM. If the Court has no other questions, I'll just conclude by saying that the Special Master reviewed the voluminous record of the case, evaluated the testimony of both side's experts, and found that the petitioner's proof did not come close to proving that the petitioner's diabetes was caused by our MMR vaccine, because the Special Master's findings were well supported by the record, and we have to approve those decisions. Thank you very much. Thank you, Your Honor. First, the issue of credibility. As the Court held, credibility is not to be used to determine whether a qualified expert's theory of plausibility is legitimate or not. Here, Dr. Schoenfeld, yes, his testimony on the stand was a little disjointed. His native language is Hebrew. He comes from Israel. His expert opinion, and in our brief, we cite largely from his written opinions that were submitted beforehand, which, and all his written material is not only there and it's clear, and it also refers to, it's supported on every point by literature he refers to, much of which he did himself, because he is, of course, the leading expert in the world on this field. Unreliability, therefore, has nothing to do with this. The theory is a well-understood, plausible theory of causation of diabetes, and in Dr. McLaren's own writings, he agrees that molecular mimicry is how diabetes is caused, and he also agrees that we don't know exactly how that works, so we cannot close that loop. As to the theory of fulminant diabetes, that was submitted to the court, and Dr. McLaren did respond after the fact in a letter, which is part of a record, and in each case he just said that the doctors who wrote the peer-reviewed articles saying it was fulminant type 1 diabetes were wrong. That was it. That was his answer. They were just wrong. These are peer-reviewed articles by experts in the field, and everybody's wrong but Dr. McLaren. But, of course, when you look at his articles, they're not so wrong after all, because his articles do not support his testimony, and on the issue of LADA, all the articles say it does not react to NSA2A insulin. So, it's simply not LADA. It does come on in less than a few years, and there's substantial support for Dr. Schoenfeld's testimony. Thank you. Thank you. We thank both counsel and the case assistants.